February 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

LAURA ANN SIMS, Appellant

NO. 14-12-00884-CV                         V.

ERICK CACERES AND VILMA CACERES, INDIVIDUALLY AND AS NEXT FRIENDS OF ERIKA CACERES AND VENESSA CACERES, MINORS, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 23, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Laura Ann Sims.

We further order this decision certified below for observance.